IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
AUG 24 2007
GREGORY C. LANGHAM
CLERK

Criminal Action No. 97-mj-01572-DEA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

TRINA ALSTON,

  Defendant.

and

WAL-MART,

  Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT (Docket No. 12)

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on April 17, 2007 in this case is GRANTED.

ORDERED and entered this 21st day of August, 2007.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO